MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/19/06*

| | |
|---|---|
| DANIEL BOGGLEN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C06-02490 RMW PVT <br><br> **STIPULATION AND ORDER POSTPONING EARLY NEUTRAL EVALUATION UNTIL PLAINTIFF'S COUNSEL CAN HAVE HIS MOTION TO WITHDRAW AS COUNSEL HEARD** |

WHEREAS, plaintiff DANIEL BOGGLEN failed to attend his deposition noticed for September 15, 2006 despite being provided advance notice of the deposition date.

WHEREAS, plaintiff's counsel William Marder has been attempting without success to contact DANIEL BOGGLEN on and subsequent to September 15, 2006.  Specifically, plaintiff's counsel William Marder has dialed Mr. BOGGLEN's last name telephone number and determined that the phone number has been disconnected.  Additionally, William Marder mailed to Mr. BOGGLEN a letter on September 18, 2006 and received no response.

WHEREAS, the parties had previously scheduled an Early Neutral Evaluation for September 19, 2006.  This Early Neutral Evaluation was scheduled before Amitai

Schwartz of Emeryville. The Evaluator and the attorneys agreed to postpone this Early Neutral Evaluation until October 4, 2006.

WHEREAS, plaintiff's counsel William Marder intends to file a motion to withdraw from the case based on his inability to contact Mr. BOGGLEN and Mr. Marder's inability to persuade Mr. BOGGLEN to attend court appearances.

WHEREAS, there is insufficient time to have the subject motion to withdraw heard prior to the October 4, 2006 Early Neutral Evaluation, the parties desire that Early Neutral Evaluation be postponed until Mr. Marder's motion to withdraw as counsel can be heard.

Dated: _____              Rankin, Landsness, Lahde, Serverian & Stock

                               By: /s/ Michael C. Serverian
                                   Micheal C. Serverian, Esq.
                                   Attorneys for Defendant
                                   COUNTY OF SAN BENITO

Dated: _____              Polaris Law Group LLP

                               By: /s/ William S. Marder
                                   William L. Marder
                                   Attorneys for Plaintiff
                                   DANIEL BOGGLEN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/19/06

                               /s/ Ronald M. Whyte
                               UNITED STATES DISTRICT COURT JUDGE