* E-filed 11/21/06 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BOGGLEN | No. C-06-02490 RMW PVT |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| COUNTY OF SAN BENITO, and Does 1 through 10, inclusive, | **[Re Docket Nos. 13, 14]** |
| Defendants. | |

On November 17, 2006, a hearing was held on plaintiff's counsel's motion to withdraw from representation of plaintiff in the present matter. At the hearing, counsel showed good cause for withdrawal. Counsel additionally indicated he has given proper notice to his client by mail and in person, properly warning his client as to approaching deadlines. Counsel further provided the court with plaintiff's current address. The court hereby grants counsel's motion to withdraw. Opposing counsel must direct future correspondence in this matter to plaintiff at the following address:

> Daniel Bogglen
> CDC# F46098
> North Kern State Prison
> 2737 W. Cecil Avenue
> Delano, CA 93616-0567

ORDER GRANTING MOTION TO WITHDRAW—No. C-06-02490 RMW PVT
CAR

The parties are reminded that the current scheduling order, set forth in the court's August 2, 2006 Case Management Scheduling Order (Docket #10), is as follows and will not be modified absent a showing of good cause to do so:

**ENE**

The case is referred to Early Neutral Evaluation. The parties stipulated to postpone ENE until the hearing on the motion to withdraw. The parties may now directly contact their assigned Evaluator to pursue ENE.[1]

>    Amitai Schwartz
>    Law Offices of Amitai Schwartz
>    Watergate Towers
>    2000 Powell St., #1286
>    Emeryville, CA 94608-1860
>    510-597-1775
>    attorneys@schwartzlaw.com

**DISCOVERY**

Depositions (excluding experts): 10 per side.

Interrogatories: 25 to each party.

Independent Medical Examination: Last date for examination January 31, 2007. Plaintiff will have thirty (30) days thereafter to depose the examining physician.

Request for Production: No limit but narrowly tailored.

Request for Admissions: 10 per side.

**DEADLINES**

All fact discovery shall be completed by November 30, 2006.

**EXPERTS**

On or before December 15, 2006, the parties shall disclose experts.

Rebuttal expert disclosure due December 30, 2006.

All expert witness discovery to be completed by January 31, 2007.

---

[1] See the August 7, 2006 Notice of Appointment of Evaluator (Docket #11).

**MOTIONS**

Motion hearing cutoff is December 30, 2006, with dispositive motions on February 2, 2007, at 9:00 a.m.

**TRIAL**

Pre-Trial Conference Statements due March 2, 2007.

A Pre-Trial Conference will be held March 8, 2007 at 2:00 p.m.

Trial is scheduled for March 19, 2007.

DATED:      11/20/06                          *Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW—No. C-06-02490 RMW PVT
CAR

3

**A copy of this order was mailed on _____ to:**

**Plaintiff,** *pro se*

Daniel Bogglen
CDC# F46098
North Kern State Prison
2737 W. Cecil Avenue
Delano, CA 93616-0567

**Former Counsel for Plaintiff:**

William L. Marder
Polaris Law Group, LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
831-531-4214

**Counsel for Defendant:**

Michael C. Serverian
Rankin Landsness Lahde Serverian & Stock, Suite 500
96 No. Third Street
San Jose, CA 95112
408-293-0463

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER GRANTING MOTION TO WITHDRAW—No. C-06-02490 RMW PVT
CAR

4