1

2

3    *E-Filed on*:   3/6/07

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   DANIEL BOGGLEN                      | No. C-06-02490 RMW

13                  Plaintiff,

                                          ORDER VACATING TRIAL AND
14          v.                            PRETRIAL DATES

     COUNTY OF SAN BENITO, and Does 1
15   through 10, inclusive,

16                  Defendants.

17

18
         On February 1, 2007, the court continued plaintiff's time to respond to defendant Santa Clara
19
     County's motion for summary judgment until March 19, 2007, because plaintiff is proceeding *pro se*
20
     and currently in custody.  Defendant subsequently asked the court for clarification regarding the
21
     pretrial and trial dates, presently set for March 8 and 19 respectively.  The court hereby vacates the
22
     dates for the pretrial conference and trial.  If necessary, the court will reset these dates in its order on
23
     the defendant's motion for summary judgment.
24

25   DATED:       3/5/07                    *Ronald M Whyte*

26                                          RONALD M. WHYTE
                                            United States District Judge
27

28

ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE— No. C-06-02490 RMW
MAG

1

**A copy of this order was mailed on _____3/6/07_____ to:**

2

3

**Plaintiff,** *pro se*

4

Daniel Bogglen
CDC #: F46098
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8309

5

6

7

**Former Counsel for Plaintiff:**

8

William L. Marder
Polaris Law Group, LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
831-531-4214

9

10

11

12

**Counsel for Defendant:**

13

Michael C. Serverian
Rankin Landsness Lahde Serverian & Stock, Suite 500
96 N. Third Street
San Jose, CA 95112
408-293-0463

14

15

16

17

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE— No. C-06-02490 RMW
MAG