IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BOGGLEN<br><br>　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF SAN BENITO, and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | No. C-06-02490 RMW<br><br>JUDGMENT |

　　　　Pursuant to this court's ___7/2/07___ order granting defendant County of San Benito's motion to for summary judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED: ___7/2/07___

_____
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT — No. C-06-02490 RMW
MAG

A copy of this order was mailed on ___7/2/07___ to:

**Plaintiff, *pro se***

Daniel Bogglen
CDC #: F46098
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8309

**Former Counsel for Plaintiff:**

William L. Marder
Polaris Law Group, LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
831-531-4214

**Counsel for Defendant:**

Michael C. Serverian
Rankin Landsness Lahde Serverian & Stock, Suite 500
96 No. Third Street
San Jose, CA 95112
408-293-0463

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.